## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JESUS JIMENEZ LAGOS                              CIVIL ACTION

VERSUS

U.S. IMMIGRATION AND                             NO. 26-00044-BAJ-SDJ
CUSTOMS ENFORCEMENT, ET AL.

## <u>ORDER</u>

In this habeas litigation, filed under 28 U.S.C. § 2241, Petitioner Jesus Jimenez Lagos ("Petitioner") challenged not his removal order or deportation, but the constitutionality of detention itself. (Doc. 1). Because the Court has confirmed Petitioner's release on an Order of Supervision, the detention in question has ended. Additionally, there appear to be no collateral consequences asserted in the Petition. (Doc. 1). Thus, it appears that there may no longer be a live case or controversy. *See Francis v. Lynch*, 622 F. App'x 455 (5th Cir. 2015) (*citing Odus v. Ashcroft*, 61 F. App'x 121, 121 (5th Cir. 2003)); *see also Umanzorv. Lambert*, 782 F.2d 1299, 1301 (5th Cir. 1986).

Accordingly,

**IT IS ORDERED** that within 7 days of the issuance of this Order, Petitioner, who is now represented by Counsel, will either move to voluntarily dismiss this action or otherwise notify the Court that a live case or controversy remains.

Baton Rouge, Louisiana, this 4th day of June, 2026

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2