# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JESUS JIMENEZ LAGOS                                    CIVIL ACTION

VERSUS

K. JORDAN, ET AL.                                      NO. 26-00044-BAJ-SDJ

## RULING AND JUDGMENT

Before the Court is Petitioner's **Unopposed Motion to Voluntarily Dismiss Habeas Petition (Doc. 34)** pursuant to Federal Rule of Civil Procedure 41(a)(2). Petitioner represents that he "is no longer in [the] custody" of U.S. Immigration and Enforcement ("ICE") and is currently residing at home on supervised release. (Doc. 34-1 at 1). Thus, Petitioner represents that his habeas claim is now moot and should be dismissed without prejudice. The Government has no objection to voluntary dismissal.

A case becomes moot if it no longer presents a case or controversy under Article III, § 2 of the Constitution. *See, e.g., Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

> For a court to exercise habeas jurisdiction over a petitioner no longer in custody, the petitioner must demonstrate that he was in custody at the time he filed the petition and that his subsequent release has not rendered the petition moot, i.e., that he continues to present a case or controversy under Article III, § 2 of the Constitution. *Spencer*, 523 U.S. at 7. The petitioner presents an Article III controversy when he demonstrates "some concrete and continuing injury other than the now-ended incarceration"—a "collateral consequence of the conviction." *Id.* (internal quotations removed).

*Zalawadia v. Ashcroft*, 371 F.3d 292, 297 (5th Cir. 2004).

Petitioner here confirms that "there is no longer a live case or controversy" following his release, and that no "[collateral] consequence or claim remains here." (Doc. 34-1 at 1). Accordingly,

**IT IS ORDERED** that Petitioner's **Motion to Voluntarily Dismiss Habeas Petition (Doc. 34)** is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE AS MOOT.**

Baton Rouge, Louisiana, this 17th day of June, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2